EDWARD H. KUBO, JR.         2499
United States Attorney
District of Hawaii

FLORENCE T NAKAKUNI         2286
Chief, Narcotics Section

MICHAEL K. KAWAHARA         1460
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, HI 96850

Attorneys for Plaintiff United
States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 03 2005

at 10 o'clock and 20 min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR05-00052 SOM-01,-02,-03 |
| ) | |
| Plaintiff, ) | INDICTMENT (21 U.S.C. 846, |
| ) | 841(a)(1), 841(b)(1)(A) |
| VS. ) | |
| ) | |
| JASON BEAUREGARD ) | |
|   MITCHELL,           (01) ) | |
| RICK RICCETTI,        (02) ) | |
| ANTHONY STEVEN LONG,  (03) ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

The Grand Jury charges that:

From a time unknown to the Grand Jury up through and including on or about December 10, 2004 in the District of Hawaii and elsewhere, defendants:

   **JASON BEAUREGARD MITCHELL** (hereinafter "Mitchell"),
   **RICK RICCETTI** (hereinafter "Riccetti"),
   **ANTHONY STEVEN LONG** (hereinafter "Long"), and

others known and unknown to the Grand Jury knowingly and

intentionally conspired to distribute and to possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

A violation of Title 21, United States Code, Section 841(a)(1).

### Overt Acts:

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1. On or about November 22, 2004, Mitchell tendered a parcel containing money to a Mailboxes, Etc., in Honolulu, Hawaii, for delivery via FedEx to the mainland;

2. On or about December 9, 2004, Mitchell was present at the Sheraton Princess Kaiulani Hotel in Honolulu, Hawaii;

3. On or about December 9, 2004, Riccetti was present at the Sheraton Princess Kaiulani Hotel in Honolulu, Hawaii;

4. On or about December 10, 2004 at the Island Colony Hotel in Honolulu, Hawaii, Long was operating a Cadillac automobile,

All in violation of Title 21, United States Code, Sections

846, 841(a)(1), and 841(b)(1)(A).

DATED: Honolulu, Hawaii, February 3, 2005.

A TRUE BILL

/S/

_____
GRAND JURY FOREPERSON

EDWARD H. KUBO, JR.
United States Attorney

By _____
FLORENCE T. NAKAKUNI
   Chief, Narcotics Section

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

USA v. Mitchell, et. al., USDC-Hawaii, Indictment.