# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/23/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 05-00052SOM

CASE NAME:        USA vs.  (02) Rick Riccetti

ATTYS FOR PLA:    Michael Kawahara

ATTYS FOR DEFT:   02 Randall Oyama

                  Malia Eversole (USPO)

JUDGE:    Susan Oki Mollway        REPORTER:    Debra Chun

DATE:     1/23/2006                TIME:        2:25 - 2:45

COURT ACTION:  EP: Sentencing to Count 1 of the Indictment -

Defendant (02) Rick Riccetti present and in custody.

The Memorandum of Plea Agreement has been accepted by the Court.

ADJUDGED:

Imprisonment: 120 Months.

Supervised Release: 5 Years.

Special Assessment: $100.00.

CONDITIONS:

▸ That the defendant shall abide by the standard conditions of supervision.

▸ That the defendant not commit any crimes, federal, state, or local (mandatory condition).

▸ That the defendant not possess illegal controlled substances (mandatory condition)

▸ That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter. The defendant to submit up to a maximum of one valid drug test per day as directed by the Probation Office.

▸ That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

▸ That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

▸ That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

▸ That the defendant execute all financial disclosure forms requested by the Probation Office and provide access to any requested financial information.

▸ That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

▸ That the defendant is prohibited from the possession and use of alcohol.

JUDICIAL RECOMMENDATIONS: 1) Sheridan; 2) Educational and Vocational Training; 3)  500 Hour Comprehensive Drug Treatment Program.

Defendant advised of his right to appeal.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.