EDWARD H. KUBO, JR.      2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA      1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile: 541-2958
Mike.Kawahara@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-0052SOM-02 |
| | ) | |
| Plaintiff, | ) | MOTION FOR REDUCTION OF |
| | ) | SENTENCE PURSUANT TO F.R.Cr.P. |
| VS. | ) | 35(b)**[RICK RICCETI]** |
| | ) | |
| JASON BEAUREGARD | ) | |
| MITCHELL, (01) | ) | |
| RICK RICCETTI, (02) | ) | |
| ANTHONY STEVEN LONG, (03) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**MOTION FOR REDUCTION OF
SENTENCE FOR CHANGED CIRCUMSTANCES
PURSUANT TO F.R.CR.P. 35(b)**

The United States of America, by and through its undersigned counsel, hereby makes this motion for reduction of defendant Rick Riccetti's sentence pursuant to F.R.Cr.P. 35(b).  Under said Rule, this Court upon motion of the United States may, in its discretion, reduce a defendant's adjudged sentence to reflect his/her subsequent, substantial assistance in the investigation or prosecution of another person who has committed an offense.

This Court has previously sentenced defendant on January 23,

2006 to a term of imprisonment of 120 months (10 years), a term of supervised release of five years, and a special assessment of $100.00.  No departure motion was filed at that time.

This motion is based upon that sealed Factual Basis in Support of Motion Filed Pursuant to F.R.Cr.P. 35(b), lodged concurrently with this motion, and the record and files herein.

DATED:  Honolulu, Hawaii, March 13, 2006.

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii


                By /s/ Michael K. Kawahara
                   MICHAEL K. KAWAHARA
                   Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

       I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Randall M. Oyama     randyoyama@gmail.com     March 13, 2006

Served by hand-delivery:

Probation Officer                                  March 13, 2006
300 Ala Moana Blvd.,
Box 50111, Rm. C-126
Honolulu, HI  96850

                                             /s/ Rowena N. Kang