IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00052SOM-02 |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | |
| ) | Date Filed: 03/13/06 |
| RICK RICETTI, ) | |
| ) | |
| Defendant(s). ) | |

## THIS IS A SEALED DOCUMENT

ORIGINAL TO BE STORED IN A SEPARATE FILE

TITLE OF DOCUMENTS:

Factual Basis in Support of Motion filed pursuant to F.R.Cr.P. 35(b) - by USA [SEALED]


SEALED BY ORDER OF THE COURT

DOCUMENT NO. 80