IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00052 SOM |
| Plaintiff, | ) |
| vs. | ) ORDER GRANTING DEFENDANT'S MOTION ) FOR REDUCTION OF SENTENCE ) PURSUANT TO RULE 35(b) |
| RICK RICETTI, | ) |
| Defendant. | ) |

ORDER GRANTING DEFENDANT'S MOTION FOR
REDUCTION OF SENTENCE PURSUANT TO RULE 35(b)

On March 31, 2006, Defendant filed a motion to reduce sentence pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.  The motion is GRANTED. Defendant's earlier sentence of 120 months is reduced to 78 months in custody, and the earlier sentence of 5 years of supervised release is reduced to 4 years of supervised release.  The conditions of Defendant's supervised release remain unchanged.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; April 4, 2006.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge